516 A.2d 1383

**Benson ZION, Appellant**

v.

**Walter K. PILCH and Mary Pilch, a/k/a Mary Pilch, Ind. and t/a K & P Electric Company.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1986.

Decided Nov. 12, 1986.

Benson Zion, Rosemount, pro se.

Marlena Siegel, Philadelphia, for appellant.

William Shields, Philadelphia, for Bryn Mawr Trust, garnishee.

Walter and Mary Pilch, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., dissent.